IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RASHAD C. LEE, #213 823, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:09cv602-WHA |
| | ) | |
| KELLI MILLS, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #30), filed on December 16, 2009, and the Plaintiff's Objection filed on January 4, 2010 (mailed from prison on December 30, 2009).

Upon an independent evaluation and *de novo* review of this matter, the court finds the objection to be without merit, and it is hereby OVERRULED. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A), and that this dismissal qualifies as a "strike" for purposes of 28 U.S.C. § 1915(g).

DONE this 20th day January, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE